UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL     JS-6

**Case No.**   CV 19-163-MWF (JPRx)        **Date:** January 17, 2020
**Title:**   Daniel Kauffman v. Natural Health Trends Corp., et al.

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**     ORDER DISMISSING ACTION

On December 20, 2019, the Court granted Defendants Timothy S. Davidson, Natural Health Trends Corp., and Chris T. Sharng's Motion to Dismiss Plaintiff's First Amended Complaint with leave to amend (the "Order"). (Docket No. 47). In the Order, the Court permitted Plaintiff to file a Second Amended Complaint ("SAC") on or before January 13, 2020. (*Id*. at 15). The Court warned Plaintiff that "the case will be dismissed with prejudice if Plaintiff fails to file the SAC by January 13, 2020." (*Id*.).

On January 13, 2020, Plaintiff filed a "Notice of Intent Not to File Second Amended Complaint" (the "Notice"). (Docket No. 48). In the Notice, Plaintiff indicated that the "does not intend to file a Second Amended Complaint in this action." (*Id*.).

Accordingly, this action is **DISMISSED** *with prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.